AARON D. FORD
 Attorney General
WADE J. VANSICKLE (Bar No. 13604)
 Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3216 (phone)
(702) 486-3773 (fax)
Email: wvansickle@ag.nv.gov

*Attorneys for Defendants Nethanjah Childers,
James Cox, Dwayne Deal, Frank Dreesen,
James Dzurenda, Nancy Flores, Jo Gentry,
Jerry Howell, Monique Hubbard-Pickett,
and Howard Skolnik*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL T. MCLAUGHLIN, | Case No. 2:18-cv-01562-GMN-EJY |
| Plaintiff, | |
| v. | **NOTICE OF ACCEPTANCE OF SERVICE** |
| THE STATE OF NEVADA, *et al.*, | |
| Defendants. | |

Pursuant to this Court's Order dated June 23, 2020 (ECF No. 26), the Office of the Nevada Attorney General, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Wade J. VanSickle, Deputy Attorney General, hereby responds as follows:

The State of Nevada Office of the Attorney General accepts service on behalf of Defendants Howard Skolnik, Nancy Flores, Jo Gentry, Jerry Howell, Frank Dreesen, Dwayne Deal, and James Cox.

The State of Nevada Office of the Attorney General previously accepted service on behalf of Defendants Nethanjah Childers, Monique Hubbard-Pickett, and James Dzurenda. ECF No. 12.

///

The State of Nevada Office of the Attorney General cannot not accept service on behalf of Jim Gibbons at this time pursuant to Nevada Revised Statute 41.0339. It anticipates that it will enter into an attorney-client relationship with Mr. Gibbons in the very near future. Therefore, the Attorney General request leave to supplement this notice or file a motion under seal providing Mr. Gibbons' last known address by July 13, 2020.

DATED this 6th day of July, 2020.

AARON D. FORD
Attorney General

By: /s/ Wade J. VanSickle
WADE J. VANSICKLE (Bar No. 13604)
Deputy Attorney General

*Attorneys for Defendants*

IT IS HEREBY ORDERED that the Attorney General's request for leave to file a supplemental notice on or before July 13, 2020 is GRANTED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: July 7, 2020