**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHAEL T. MCLAUGHLIN,

          Plaintiff,

   vs.

NDOC, *et al.*,

          Defendants.

Case No.: 2:18-cv-01562-GMN-EJY

**ORDER**

      Pending before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Elayna Youchah, (ECF No. 26), which recommends that Plaintiff Michael T. McLaughlin's official capacity, injunctive relief, and Eighth Amendment claims be dismissed with prejudice as futile.

      A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id*.  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

      Here, no objections were filed, and the deadline to do so, July 7, 2020, has passed. (Min.

Order, ECF No. 26).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 26), is **ACCEPTED AND ADOPTED in full**.

**IT IS FURTHER ORDERED** that Plaintiff's official capacity, injunctive relief, and Eighth Amendment claims are **DISMISSED with prejudice**.

**DATED** this __8__ day of July, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court